IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| Kathy M. West | ) Bk. Case No. 04-13508BLS |
| | ) |
| Debtor(s). | ) Chapter 13 |

APPLICATION TO PAY UNCLAIMED FUNDS INTO THE COURT

    Michael B. Joseph, Esquire Chapter 13 Trustee, respectfully represents as follows:

    1. The Debtor(s) has fully performed the terms and conditions of the Plan, made all required payments, and is entitled to a discharge.

    2. The Trustee's accounting reflects that a refund balance remains in the Debtor's account in the amount of One Thousand Eighty Five Dollars and Thirty Cents ($1085.30). There has not been any response to mail sent to the Debtor at 72 Welsh Tract Road, #209, Newark, DE 19711.

    3. Such a Balance represents unclaimed property for which the Trustee requests permission to pay into the Court and to be disposed of under Chapter 129 of Title 28.

    WHEREFORE, Michael B. Joseph, Chapter 13 Trustee, respectfully requests that the Court permit the Debtor's refund of One Thousand Eighty Five Dollars and Thirty Cents($1085.30), be paid to the Clerk for deposit to the Treasury in accordance with Chapter 129 of 28 U.S.C..

    S/ Michael B. Joseph
    Michael B. Joseph, Esquire
    824 Market Street, Ste. 1002
    P.O. Box 1350
    Wilmington, DE 19899-1350

March 1, 2010

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| Kathy M. West | ) Bk. Case No. 04-13508BLS |
| | ) |
| | ) Chapter 13 |

ORDER TO PAY UNCLAIMED FUNDS TO COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds in the amount of $1085.30 representing a refund to the Debtor, as stated in the foregoing Motion, to the Clerk, United States Bankruptcy Court for the District of Delaware.

_____
United States Bankruptcy Judge

Dated this         day of         , 2010.

ATTORNEY'S CERTIFICATE OF SERVICE

      I, Michael B. Joseph, Esquire, Chapter 13 Trustee, do hereby certify that on March 1, 2010 I caused a copy of the within motion to be served on the following:

**UNITED STATES MAIL, POSTAGE PAID**
Kathy M. West
72 Welsh Tract Road, #209
Newark, DE 19711
Debtor

Cynthia L. Carroll, Esquire
262 Chapman Road, Ste. 108
Newark, DE 19701
Attorney for Debtor

                              S/Michael B. Joseph
                              Michael B. Joseph, Trustee